UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV16-00056 JAK (AGRx) | Date | March 14, 2016 |
| Title | The Secretary of Veteran Affairs of Washington D.C. v. Paul A. Christian | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Eric G. Fernandez (via teleconference) | Not Present |

**Proceedings:**       **SCHEDULING CONFERENCE**

**PLAINTIFF'S MOTION TO REMAND (DKT. 8)**

The scheduling conference is not held. There is no appearance by or on behalf of Defendant. Moreover, Defendant has failed to participate in the preparation of the Joint Rule 26(f)/16(b) Report. In light of the potential issues with respect to jurisdiction as stated on the record, the Court directs Defendant to respond to the Plaintiff's Motion to Remand (Dkt. 8) by March 25, 2016. Plaintiff shall file a response no later than March 30, 2016. The Motion will be taken UNDER SUBMISSION on March 30, 2016. If it is determined that the Court has jurisdiction, the Scheduling Conference will be rescheduled.

Defendant shall file a declaration under penalty of perjury no later than March 25, 2016, explaining the reason for his failure to participate in the joint report and failure to appear. The Court will determine whether to impose sanctions upon review of the declaration. A failure to file the declaration may result in the dismissal of this action.

Plaintiff's counsel shall give telephonic notice of this Order to pro se Defendant and file a proof of service regarding such.

**IT IS SO ORDERED.**

| | : | 05 |
|---|---|---|
| Initials of Preparer | ak | |